# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LYNN TABERNACKI** and **ZBYSZKO TABERNACKI,**
Appellants,

v.

**AMERICAN INTEGRITY INSURANCE CO. OF FLORIDA,**
Appellee.

No. 4D19-3863

[November 18, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gerald Joseph Curley, Jr., Judge; L.T. Case No. 502018CA015951XXXXMB.

Jenny Dziorney of Shochet Law Group, Boynton Beach, for appellants.

DeeDee Hammer and Thomas L. Hunker of Cole, Scott & Kissane, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.  See Goldman v. State Farm Fire General Insurance Co.*, 660 So. 2d 300 (Fla. 1995).

MAY, FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***